# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00338-01-CR-W-RK |
| | ) | |
| PHILIP LEVOTA, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO CONTINUE TRIAL SETTING AND PRETRIAL CONFERENCE

COMES NOW the defendant, Philip Levota, by and through counsel, and respectfully moves this Honorable Court to continue the trial of this matter from the joint criminal docket of September 14, 2026, to the joint criminal docket of either week of the docket of April 19, 2027. The defendant also moves to cancel and/or continue the pretrial conference set for August 18, 2026. In support of this motion, the defendant offers the following memorandum in support:

## MEMORANDUM IN SUPPORT

1.      On July 16, 2026, the defendant was charged in a sealed 5-count indictment charging him with one count of honest services fraud in violation of 18 U.S.C. § 1346, 1343, and 1349, one count of federal program bribery in violation of 18 U.S.C. §666(a)(1)(B), two counts of violation of the Travel Act, 18 U.S.C. § 1952(a)(3), and one count of making a false statement in violation of 18 U.S.C. § 1001(a)(2). The case is set

1

for trial on the joint criminal docket of September 14, 2026, and a pretrial conference is scheduled for August 18, 2026. Mr. Levota is on bond.

2. Additional time is necessary to obtain and review the discovery and to analyze the facts and conduct investigation. Additional time will be needed to review and analyze video and audio evidence as well as to obtain official transcripts of the recordings. The defendant anticipates that more time is also needed to identify, research and prepare jury instructions as well as any potential pretrial motions. There may be a need to identify and prepare an expert witness as to relevant issues. All of these tasks need to occur to be fully effective for the defendant.

3. The complexity of preparing the case as well as counsel's current trial schedule requires more time for the undersigned to render effective assistance of counsel.

4. Schedules and other commitments make an April 2027 trial setting appropriate for all counsel involved.

5. In light of the basis for the continuance request discussed above, the undersigned represents to the Court that as to defendant, the benefits of excluding the requested continuance for purposes of the Speedy Trial Act exceed the costs to defendant of not excluding such time.

6. As to the interest of the public, a trial will require significant costs including, but not limited to: (a) lost time and wages to a jury panel; (b) lost time and wages to the jury itself; (c) lost time to the government, including law enforcement, that the government may have otherwise utilized to further its obligations to protect the

2

public; and (d) lost time to the Court that the Court may have otherwise utilized to hear and to resolve various cases before it.

7.     In light of these factors, the benefits to the public of excluding the requested continuance for purposes of the Speedy Trial Act exceed the benefits to the public of not excluding such time.  Furthermore, the government does not oppose such exclusion.

8.     The defendant's interests, the public's interests and the government's interests in granting the requested extension outweigh the interests of the same parties in not excluding such time pursuant to 18 U.S.C. § 3161(h)(8)(A).  The defendant understands that by virtue of the filing of this motion to continue his trial to April 19, 2027, or later, any period of delay granted by the Court shall be excluded in calculating the time within which his trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(F) and hereby acknowledges and waives his right to a speedy trial.

9.     Undersigned counsel has contacted Assistant United States Attorney Pat Daly, and he has no objection to a continuance of the trial and agrees with the request to either week of the joint criminal trial docket of April 19, 2027; however, the first week is preferred.

WHEREFORE, the defendant respectfully requests an Order from this Court granting his motion to continue the trial setting from September 14, 2026, to the joint criminal docket of either week of the docket of April 19, 2027.  The defendant also

3

moves to cancel and/or continue the pretrial conference set for August 18, 2026, and for any further relief deemed just and proper in the premises.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:   /s/ James R. Hobbs
      JAMES R. HOBBS   MO #29732
      MARILYN B. KELLER MO #39179
      One Kansas City Place
      1200 Main St., Suite 2110
      Kansas City, MO 64105
      Tel:   (816) 221-0080
      Fax:   (816) 221-3280
      jrhobbs@whmlaw.net
      mbkeller@whmlaw.net

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th of August, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ James R. Hobbs
***Attorney for Defendant***

4