**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>PHILIP ANDREW LEVOTA,<br>*Defendant*. | Case No: 26-00338-01-CR-W-RK |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE CONSOLIDATED RESPONSE AND EXPAND THE PAGE LIMIT**

The United States respectfully requests a one-week extension of time to respond to Defendant Philip LeVota's motions to dismiss the indictment (Docs. 16, 17). The government also requests leave to consolidate its suggestions in opposition and an expansion of the page limit imposed by W.D. Mo. L.R. 7.0(d)(1)(B) to 25 pages. The government offers the following suggestions in support of this motion:

I. On July 16, 2026, the grand jury charged defendant with honest services fraud, in violation of 18 U.S.C. §§ 1346, 1343, and 1349 (Count One); federal program bribery, in violation of 18 U.S.C. § 666(a)(1)(B) (Count Two); use of a facility of interstate commerce to commit bribery, in violation of 18 U.S.C. § 1952(a)(3) (Counts Three and Four); and making false statements to federal investigators, in violation of 18 U.S.C. § 1001(a)(2) (Count Five). Doc. 1.

On October 9, 2026, the defendant moved this Court to dismiss Counts One through Four of the Indictment on the theory that they fail to state an offense (Doc. 16) and Counts Three or Four on the theory that they are multiplicitous (Doc. 17). This Court set a deadline of October 23, 2026, for the government's suggestions in opposition.

II. The government respectfully seeks a one-week extension of time, up to and including October 30, 2026, to file its suggestions in opposition to the defendant's motions. Undersigned counsel has been assigned to draft the government's suggestions in this case. While undersigned counsel has made substantial progress on the government's suggestions, he requires additional time to research the law, review the record, consult with colleagues, and seek review so that the government's suggestions will best assist this Court in reaching a just result.

III. While the defendant filed two motions to dismiss, the government believes that it can conserve government and judicial resources by filing consolidated suggestions in opposition and requests leave to do so. The government also requests an expansion of the 15-page limit set forth in W.D. L.R. 7.0(d)(1)(B). The government can adequately address the defendant's motions in a consolidated brief of 25 pages (excluding those portions listed in W.D. Mo. L.R. 7.0(d)(2) and (3))—a limit that is lower than the total number of pages that would be permitted under the rules for separate briefs.

IV. Counsel for the government have consulted with Mr. J.R. Hobbs, counsel for the defendant, and have learned that he does not oppose the relief requested in this motion.

* * *

For these reasons, the government respectfully requests a one-week extension of time to file its suggestions and for leave to file a consolidated brief not to exceed 25 pages (excluding those portions listed in Rule 7.0(d)(2) and (3)).

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

By */s/ J. Benton Hurst*

J. BENTON HURST
Assistant United States Attorney

*/s/ Patrick D. Daly*

PATRICK D. DALY
NICHOLAS P. HEBERLE
Senior Litigation Counsels

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 21, 2026, to the CM-ECF system of the U.S. District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ J. Benton Hurst*
J. Benton Hurst
Assistant United States Attorney