**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00338-01-CR-W-RK |
| | ) | |
| PHILIP A. LEVOTA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR TEMPORARY RETURN**
**OF HIS U.S. PASSPORT AND FOR A TRAVEL ORDER**

COMES NOW the defendant, Philip Levota, by and through undersigned counsel, pursuant to 18 U.S.C. § 3142 and Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully requests this honorable court to enter an order allowing the temporary return of his U.S. Passport from the U.S. Pretrial and Probation Office and to travel to Los Cabos, Mexico from December 5 through December 8, 2026. In support of this motion the defendant states the following suggestions in support:

**Memorandum in Support**

1. On July 16, 2026, Mr. Levota was charged by way of a four-count indictment alleging violations of honest services fraud in violation of 18 U.S.C. §§ 1346, 1343, and 1349, federal program bribery in violation of 18 U.S.C. § 666(a)(1)(B), travel act in

violation of 18 U.S.C. § 1952(a)(3), and false statements in violation of 18 U.S.C. § 1001(a)(2).

2. Mr. Levota appeared on August 6, 2026, and was placed on an unsupervised ROR bond. He has no travel restrictions. As directed by the Court, he relinquished his passport to the U.S. Pretrial and Probation Office. He has remained in regular contact with undersigned counsel and is gainfully employed.

3. The defendant respectfully requests the Court allow him to temporarily retrieve his U.S. Passport and to issue him a travel order allowing him to travel to Los Cabos, Mexico, from December 5 to December 8, 2026. Upon his return to the United States, he will return the passport to the U.S. Pretrial and Probation Office.

4. Mr. Levota's Pretrial Officer, P.O. Tara Westerhof, has advised that he must obtain the Court's permission for international travel. He will provide a detailed travel itinerary. Undersigned counsel contacted Assistant United States Attorney Pat Daly, and he has no objection to this request.

5. The defendant agrees to a ruling on this motion without the requirement of a hearing unless otherwise ordered by this court.

WHEREFORE, the defendant respectfully requests that the Court issue an order allowing him the temporary return of his U.S. passport from the U.S. Pretrial and Probation Office and to issue him a Travel Order allowing him to travel to Los Cabos, Mexico as set out herein and for such further and other relief as deemed appropriate by the Court.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By: /s/ James R. Hobbs
JAMES R. HOBBS MO #29732
MARILYN B. KELLER MO #39179
1200 Main
Suite 2110
Kansas City, MO 64106
Tel: (816) 221-0080
Fax: (816) 221-3280
jrhobbs@whmlaw.net
mbkeller@whmlaw.net

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ James R. Hobbs